IN THE DISTRICT COURT OF OKLAHOMA COUNTY
STATE OF OKLAHOMA

Christopher Justus French
_____
                Plaintiff,                )
                                          )
                                          )
                        v.                )   Case No. CV-2018-1068
Oklahoma County Detention Ctr;            )
201 N Shartel                             )
OKC OK 73102                              )
_____ Defendant. )

## SUMMONS

To the above-named Defendant:

You have been sued by the above-named plaintiff, and you are directed to file a written answer to the attached petition in the court at the above address within twenty (20) days after service of this summons upon you, exclusive of the day of service. Within the same time, a copy of your answer must be delivered or mailed to the attorney for the plaintiff.

Unless you answer the petition within the time stated, judgment will be rendered against you with costs of the action.

Issued this __26__ day of __December__, 20_18_.

RICK WARREN COURT CLERK

(Seal)

By _____
         Deputy Court Clerk

Attorney(s) for Plaintiff(s):

Name  Pro Se Christopher Justus French
Address  201 N Shartel 2018
         OCDC
         Oklahoma City OK 73102
Telephone Number  405 370-8311

## RETURN OF SERVICE

This summons was served on _____
                              (date of service)

_____
Signature of person serving summons

YOU MAY SEEK THE ADVICE OF AN ATTORNEY ON ANY MATTER CONNECTED WITH THIS SUIT OR YOUR ANSWER. SUCH ATTORNEY SHOULD BE CONSULTED IMMEDIATELY SO THAT AN ANSWER MAY BE FILED WITHIN THE TIME LIMIT STATED IN THE SUMMONS.



CV-2018-1068
Timmons

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

CHRISTOPHER JUSTICE FRENCH

(Enter the full name of the plaintiff.)

CV - 2018 - 1068

v.

Case No. _____
(Court Clerk will insert case number)

OKLAHOMA COUNTY DETENTION
(1) CENTER LINDEN Custody CARE
Sheriff JOHN WHETSEL
(2) _____,

(3) _____.

(Enter the full name of each defendant. Attach
additional sheets as necessary.)

FILED IN DISTRICT COURT
OKLAHOMA COUNTY

MAY 3 1 2018

RICK WARREN
COURT CLERK
42_____

## PRO SE PRISONER CIVIL RIGHTS COMPLAINT

### Initial Instructions

1. You must type or legibly handwrite the Complaint, and you must answer all questions concisely and in the proper space. Where more space is needed to answer any question, you may attach a separate sheet.

2. You must provide a full name for each defendant and describe where that defendant resides or can be located.

3. You must send the original complaint and one copy to the Clerk of the District Court.

4. You must pay an initial fee of $400 (including a $350 filing fee and a $50 administrative fee). The complaint will not be considered filed until the Clerk receives the $400 fee or you are granted permission to proceed *in forma pauperis*.

5. If you cannot prepay the $400 fee, you may request permission to proceed *in forma pauperis* in accordance with the procedures set forth in the Court's form application to proceed *in forma pauperis*. See 28 U.S.C. § 1915; Local Civil Rule 3.3.

Rev. 10/20/2015

- If the court grants your request, the $50 administrative fee will not be assessed and your total filing fee will be $350.

- You will be required to make an initial partial payment, which the court will calculate, and then prison officials will deduct the remaining balance from your prison accounts over time.

- These deductions will be made until the entire $350 filing fee is paid, **regardless of how the court decides your case.**

7. The Court will review your complaint before deciding whether to authorize service of process on the defendants. See 28 U.S.C. §§ 1915(e)(2), 1915A; 42 U.S.C. § 1997e(c)(1). If the Court grants such permission, the Clerk will send you the necessary instructions and forms.

8. If you have been granted permission to proceed *in forma pauperis*, the United States Marshals Service will be authorized to serve the defendants based on information you provide. If you have not been granted permission to proceed *in forma pauperis*, you will be responsible for service of a separate summons and copy of the complaint on each defendant in accordance with Rule 4 of the Federal Rules of Civil Procedure.

## COMPLAINT

I. **Jurisdiction is asserted pursuant to:**

   **X** 42 U.S.C. § 1983 and 28 U.S.C. § 1343(a)(3) (NOTE: these provisions generally apply to state prisoners), or

   ___ *Bivens v. Six Unknown Named Agents of Fed. Bureau of Narcotics*, 403 U.S. 388 (1971), and 28 U.S.C. § 1331 (NOTE: these provisions generally apply to federal prisoners)

   If you want to assert jurisdiction under different or additional statutes, list these below: N/A.

6. *Do not include claims relating to your criminal conviction or to prison disciplinary proceedings that resulted in loss of good time credits.*

- If a ruling in your favor "would necessarily imply the invalidity" of a criminal conviction or prison disciplinary punishment affecting the time served, then you cannot make these claims in a civil rights complaint unless you have already had the conviction or prison disciplinary proceeding invalidated, for example through a habeas proceeding.

## Claims

List the federal right(s) that you believe have been violated, and describe what happened. Each alleged violation of a federal right should be listed separately as its own claim.

1. **Claim 1:**

    (1) List the right that you believe was violated:

    UNITED STATES CONSTITUTION 14, AMENDMENT 4 AMENDMENT, RELEASE BY JUDGE DECEMBER 16, 2016, "JUDGE McCRAY" CASE CF 2014-4054 ORDER of Release NOT OBEYED BY SHERIFF office french DETAIN 4 days 12/16/2016 THROUGH 12/20/2016 - ILLEGALLY.

    (2) List the defendant(s) to this claim: (If you have sued more than one defendant, specify each person or entity that is a defendant for this particular claim.)

    LINDEN CUSTODY AND CARE JOHN WHETSEL, OKLAHOMA COUNTY DETENTION CENTER 201 N SHARTEL OKLAHOMA CITY OK 73102

    WAS NOT Release AS order BY Judge McCRAY, CASE CF 2014-4054, December 16, 2016.

Rev. 10/20/2015

CASE 2014-4054

(3) List the supporting facts: French Release By: Judge McCray 12/16/2016 order of the court not obey by Oklahoma Sheriff office. Request of staff submitted # Request #003426464 #003329584 #003330310.

(4) Relief requested: (State briefly exactly what you want the court to do for you.) Grant Plaintiff 1000.00 Dollars A Day, Illegally Detain By Oklahoma County Sheriff office Total "4000.00"

2. **Claim II:**

(1) List the right that you believe was violated: N/A Supreme Law of Land, United States Constitution Amendment 4, Amendment 14 Deprive Life, Liberty without Due Process of Law.

(2) List the defendant(s) to this claim: (If you have sued more than one defendant, specify each person or entity that is a defendant for this particular claim.)

_____
_____
_____
_____

Rev. 10/20/2015

(3) List the supporting facts:

N/A

(4) Relief requested: (State briefly exactly what you want the court to do for you.)

N/A

If there are more than two claims that you wish to assert, describe the additional claims using this same format on a separate sheet(s).

## VI.  Declarations

I declare under penalty of perjury that the foregoing is true and correct.

_____        5/29/2018
Plaintiff's signature                                   Date

I further declare under penalty of perjury that I placed this complaint in the prison's legal mail system, with the correct postage attached, on the 27 day of MAY, 2018.

_____        5/29/2018
Plaintiff's signature                                   Date

Rev. 10/20/2015

As subscribed and sworn to me this __29__ day __May__ of year __2018__.

Inmate Signature: _____    Date: _____

Notary: _~~Heather Tucker~~_    Date: __5/29/18__

Commission Expires: __4/27/19__    SEAL: *[Heather Tucker Notary Public seal]*