IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| CHRISTOPHER JUSTUS FRENCH, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | No. CIV-19-32-C |
| | ) | |
| PEOPLE OF THE STATE OF OKLAHOMA, | ) | |
| | ) | |
| Defendant. | ) | |

ORDER ADOPTING REPORT AND RECOMMENDATION

This civil rights action brought by a prisoner, proceeding pro se, was referred to United States Magistrate Judge Gary M. Purcell, consistent with the provisions of 28 U.S.C. § 636(b)(1)(B). Judge Purcell entered a Supplemental Report and Recommendation on March 12, 2019, to which Plaintiff has timely objected. The Court therefore considers the matter de novo.

The facts and law are accurately set out in Judge Purcell's Report and Recommendation and there is no purpose to be served in repeating them yet again. In his objection, Plaintiff merely reasserts the merits of his claims; he never addresses the propriety of suit against the parties he has named, which is the basis of Judge Purcell's recommendation. The Court finds no error in that recommendation.

Accordingly, the Court adopts, in its entirety, the Supplemental Report and Recommendation of the Magistrate Judge (Dkt. No. 17), and for the reasons announced

therein, Plaintiff's Second Amended Complaint (Dkt. No. 15) is dismissed, without prejudice. A judgment will enter accordingly.

IT IS SO ORDERED this 8th day of April, 2019.

*[signature]*
ROBIN J. CAUTHRON
United States District Judge